IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD SHEPARD,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2333

Opinion filed October 8, 2014.

An appeal from the Circuit Court for Levy County.
Stanley H. Griffis, III, Judge.

Ronald Shepard, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Senior Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Dismissed.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.